Entered on Docket July 7, 2023

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 22-11499-CMA |
| MIKHAIL NEVLER | Adversary Case No. 22-01054-CMA |
| MIKHAIL NEVLER | **ORDER GRANTING SUMMARY JUDGMENT IN PART** |
| Plaintiff, | |
| v. | |
| MARK N. ROUSH II and CINDA JANE ROUSH, husband and wife, and MELISSA L. ROUSH, a single woman. | |
| Defendants. | |

## ORDER

THIS MATTER having come before the above-entitled Court on March 23, 2023 on Defendants Mark N. Roush and Cinda Roush's Motion for Summary Judgment, the Court having reviewed the records and files herein, and having heard oral argument from the parties in attendance, considering itself fully advised, pursuant to the findings of fact and conclusions of law entered on the record by the Court at the conclusion of the hearing, IT IS HEREBY:

Order Granting Partial Summary Judgment
Page | 1



Buzzard O'Rourke, P.S.
a t t o r n e y s  a t  l a w

Service Address | Mailing Address | Contact Information
314 Harrison
Central
Washing
9853

Buzzard O'Rourke
attorneys at law

Case 22-01054-CMA    Doc 41    Filed 07/07/23    Ent. 07/07/23 11:09:10    Pg. 1 of 2

**ORDERED** that Defendants Mark N. Roush and Cinda Roush's Motion for Summary Judgment dismissing Plaintiffs claim for imposition of a resulting/constructive trust is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claim for imposition of a resulting trust is hereby DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that Defendants motion for Summary Judgment on Defendants Counterclaim for a declaratory judgment declaring that title to the Vashon Property is vested in Defendants Mark N. Roush and Cinda J. Roush, against any claims of Mikhail Nevler, or anyone claiming by or through him is GRANTED.

**IT IS FURTHER ORDERED** that Defendants Motion for Summary Judgment on Defendant's Counterclaim for a declaratory judgment declaring Plaintiff to be a tenant of the Vashon Property is DENIED.

///END OF ORDER///

| Presented by: | Approved as to Form, Notice of Presentment Waived: |
|---|---|
| __/s/Eric J. Lanza_____ | _____/s/Dorothy Bartholomew_____ |
| Eric J. Lanza, WSBA 50042 | Dorothy Bartholomew, WSBA 50042 |
| Buzzard O'Rourke, P.S. | Dorothy Bartholomew, PLLC |
| 314 Harrison Ave. | 5310 12th St. E., Suite C. |
| Centralia, WA 98531 | Fife, WA 98424 |
| 360.736.1108 | 253.922.2016 |

Order Granting Partial Summary Judgment
Page | 2



Buzzard O'Rourke, P.S.
attorneys at law

Service Address — Mailing Address — Contact Information
314 Harrison
Central
Washing
98531

Buzzard O'Rourke
attorneys at law

Case 22-01054-CMA    Doc 41    Filed 07/07/23    Ent. 07/07/23 11:09:10    Pg. 2 of 2